# United States District Court
# For The Western District of North Carolina
# Asheville Division

Robert Blake Keller,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　1:10-cv-00244

USA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/12/2011 Order.

Signed: July 12, 2011

Frank G. Johns, Clerk
United States District Court