THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv244
[Criminal Case No. 1:06cr43]

| | |
|---|---|
| ROBERT BLAKE KELLER,    ) | |
| ) | |
| Petitioner,    ) | |
| ) | |
| vs.    ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Respondent.    ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Petitioner's "Motion for Final Disposition" [Doc. 12] filed on August 1, 2012.

By the instant motion, the Petitioner seeks a "final disposition" of his Motion to Vacate filed pursuant to 28 U.S.C. § 2255. The Petitioner's § 2255 Motion, however, was denied and dismissed by this Court on July 12, 2011. [See Order, Doc. 10; Judgment, Doc. 11]. Accordingly, Petitioner's present motion is moot.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion for Final Disposition [Doc. 12] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: August 17, 2012

Martin Reidinger
United States District Judge